UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:21-cv-2054 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2023, the Magistrate Judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Plaintiff has filed objections to the findings and recommendations. ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued August 11, 2023 (ECF No. 12), are ADOPTED in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED, and

3. Within thirty days from the date of this order, plaintiff shall pay the filing fee in full prior to proceeding any further with this action.  *See* 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:  **September 29, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

perr2054.804

2